478 A.2d 109

Commonwealth v. Chalik, Appellant.

Submitted March 19, 1984. Elaine DeMasse, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for appellee.

Before SPAETH, President Judge, and ROWLEY and BECK, JJ.

Judgment of sentence affirmed.

478 A.2d 110

Commonwealth v. Chronister, Appellant.

Submitted March 13, 1984. John J. O'Brien, for appellant; Ray F. Gricar, Assistant District Attorney, for appellee.

Before CAVANAUGH, WIEAND, and CIRILLO, JJ.

Judgment of sentence affirmed.